02CV2167.

**UNITED STATES DISTRICT COURT**
District of Connecticut
Office of the Clerk
915 Lafayette Boulevard
Bridgeport, CT 06604

FILED

2004 OCT 21 P 5: 23

U.S. DISTRICT COURT
BRIDGEPORT, CONN

**SECOND NOTICE**

Re: 3:02-2167 (WWE) NAIMA CABELLO v. MAY DEPT. STORES, INC.
dba Lord & Taylor

**NOTICE TO COUNSEL**

Rule 41(a) of the Local Rules of this District provides:

"In civil actions in which no action has been taken by the parties for six (6) months or in which deadlines established by the Court pursuant to Rule 41(a) appear not to have been met, the Clerk shall give notice of proposed dismissal to counsel of record. If such notice has been given and no action has been taken in the action in the meantime and no satisfactory explanation is submitted to the Court within twenty (20) days thereafter, the Clerk shall enter an order of dismissal. Any such order entered by the Clerk under this rule may be suspended, altered, or rescinded by the Court for cause shown."

The case above is subject to being dismissed under this rule. Unless some action is taken or a motion to continue with a satisfactory explanation of why this case should not be dismissed is submitted to the Court within twenty (20) days of the date of this notice, it will be dismissed.

Dated at Bridgeport, Connecticut, this 21st day of October, 2004.

KEVIN F. ROWE, Clerk

By _Rosalie a. Kupcik_
Deputy Clerk