UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| NAIMA CABELLO | : | CIVIL ACTION NO. |
| v. | : | 302CV2167 (WWE) |
| MAY DEPARTMENT STORES, INC. D/B/A LORD & TAYLOR, AND LORD AND TAYLOR, INC. | : : : : | OCTOBER 25, 2004 |

## MOTION FOR EXTENSION OF TIME FOR DISCOVERY

The Plaintiff through counsel hereby moves for extension of time to complete discovery for the above captioned matter. The parties have agreed that the case can not resolved before the depositions are completed. The defendant's attorney has taken plaintiff and her husband's deposition on October 1, 2004.

The Plaintiff's attorney shall complete his deposition on or before December 31, 2004. It is therefore requested that the extension of time up to and including December 31, 2004 be granted.

WHEREFOR, the motion for extension of time may please be granted.

THE PLAINTIFF,

BY: _____

M. Nawaz Wahla, Esquire

THE LAW OFFICES OF WAHLA & ASSOCIATES
67 Russ Street, Hartford, CT 06106. (860) 246-3232. Fax: (860) 246-3535. Federal Bar No. ct 20940

-1-

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Motion was mailed, postage prepaid, on October 25, 2004 to the following counsel of the record:

Kirby G. Huget, Esquire
Gasser & Huget, LLC
P.O. Box 984
Avon, CT 06001

*[signature]*

M. Nawaz Wahla, Esq
Commissioner of Superior Court