**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

**FILED**

**CABELLO,**

3:02cv2167(WWE)

2005 JAN -4 P 2: 19

**V.**

U.S. DISTRICT COURT
BRIDGEPORT, CONN

May Dept. Stores Inc.

## PRETRIAL ORDER

This case is scheduled to begin trial the week of February 28, 2005. Jury selection will occur on FEBRUARY 28, 2005. BY FEBRUARY 11, 2005, each party shall exchange and file with the Court, in **DUPLICATE**, Trial Memoranda which shall contain the following information:

1) Brief summary of case

2) Proposed Voir Dire

3) List of Witnesses

4) List of Exhibits

5) Deposition designations and cross-designations.

6) Proposed **JURY INSTRUCTIONS** and **INTERROGATORIES** for Special Verdict forms **(WITH WORDPERFECT 10 DISC)**.

Dated this JANUARY 4, 2005 at Bridgeport, Connecticut.

Warren W. Eginton
Senior U.S. District Judge