UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED

2005 FEB 23  A 11: 53

U.S. DISTRICT COURT

CABELLO, NAIMA               :

V.                           :    CASE NO. 3:02CV2167(WWE)
                             :
                             :
MAY DEPARTMENT STORES, INC.  :    FEBRUARY 19, 2005

## WITHDRAWAL OF COMPLAINT

Here comes the Plaintiff, through his counsel and withdraws his above captioned complaint. The case has been amicably settled between the parties. Hence, no further action will be taken on the above captioned complaint.

PLAINTIFF;
NAIMA CABELLO

BY: _____
M. Nawaz Wahla
WAHLA & ASSOCIATES
429 Capitol Avenue, Hartford, CT 06106
Telephone 860-246-3232
Federal Bar No. ct. 20940
Her Attorney

## CERTIFICATE OF SERVICE

I hereby certify the copy of foregoing Withdrawal, was mailed First Class Postage Prepaid, on this 19th day of February, 2005. To:

Kirby G. Huget, Esq.
GASSER & HUGET, LLC
20 East Main Street
Avon, CT 06001-3823

_____
M. Nawaz Wahla, Esquire
Commissioner of the Superior Court